IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED | : CIVIL ACTION |
| vs. | : |
| | : NO. 14-5450 |
| MONARCH MED SPA, INC. et al | : |

## ORDER

**AND NOW,** this 30th day of April 2015, upon consideration of Plaintiff's Motion for Summary Judgment (ECF Doc. No. 21), with supporting memoranda and statement of undisputed facts, Defendants' Opposition (ECF Doc. No. 23) and Plaintiff's Reply (ECF Doc. No. 24),

It is **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF Doc. No. 21) is **GRANTED.** There is no genuine issue of material fact concerning the interpretation of the exclusions in the insurance policy purchased by Defendants. Accordingly, this Court enters summary judgment that the Plaintiff owes no contractual obligation or duty to indemnify or defend under the insurance policies at issue.

**The Clerk of Court shall CLOSE this matter.**

KEARNEY, J.